IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRION LARRY ALEXANDER,

        Plaintiff,                    No. CIV S-03-0288 DFL GGH P

    vs.

EDWARD ALAMEIDA, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 2, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed September 2, 2005, are adopted in full; and

2. Defendants' February 22, 2005, summary judgment motion is granted as to defendants Alameida and Pliler, but denied with respect to defendant Ash, Walizer, Watcher and Eck, insofar as plaintiff asserts a delay in obtaining a plumber's assistance to fix the leak.

DATED:   September 29, 2005

 /s/ David F. Levi
UNITED STATES DISTRICT JUDGE

alex288.jo