IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRION LARRY ALEXANDER,

    Plaintiff,                                No.  CIV S-03-0288 DFL GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.                          <u>ORDER</u>

_____/

        On September 29, 2005, Judge Levi granted in part and denied in part defendants' summary judgment motion. The court will now re-set the pretrial conference and jury trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for December 9, 2005, on the papers only; plaintiff shall file his pretrial statement on or before November17, 2005; defendants' pretrial statement is due on or before December2, 2005;

        2. The jury trial is set for before the Honorable David F. Levi on February 27, 2006, at 8:30 a.m.

DATED: 10/5/05                                       /s/ Gregory G. Hollows

alex288.sch                                      GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

1