IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRION LARRY ALEXANDER,** | 2:03-CV- 0288 DFL GGH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO SERVE TRIAL EXHIBITS** |
| v. | |
| **EDWARD S. ALAMEIDA, JR., et al.,** | |
| Defendants. | |

On January 17, 2006, Defendants filed a request for an extension of time to serve their trial, explaining that additional time was needed to gather all of the identified exhibits.

**GOOD CAUSE SHOWN**, Defendants are granted an extension of time to and including February 16 2006, in which to serve their trial exhibits.

Dated: 1/20/2006

/s/ David F. Levi
**DAVID F. LEVI**
UNITED STATES DISTRICT COURT JUDGE

03cv288.o.120.wpd.wpd