IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRION LARRY ALEXANDER,

      Plaintiff,                    No. CIV S-03-288 DFL GGH P

     vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendant.                <u>ORDER</u>

_____/

        This action is set for jury trial before the Honorable David F. Levi on February 12, 2007. On November 27, 2006, plaintiff filed a request fo reschedule the trial date because he was recently transferred. Because the trial is set in February, plaintiff's recent transfer should not impact his ability to prepare for trial

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 27, 2006, request to reschedule the trial date is denied.

DATED: 12/13/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

alex288.den

1