IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRION LARRY ALEXANDER,

      Plaintiff,                       No. CIV S-03-0288 RRB GGH P

      vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendant.                  <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for trial on January 7, 2008.

      On August 24, 2007, plaintiff filed a motion to compel. Pursuant to the August 3, 2004, scheduling order, discovery closed on November 12, 2004.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's August 24, 2007, motion to compel is denied as untimely.

DATED: 10/31/07                             /s/ Gregory G. Hollows

                                               UNITED STATES MAGISTRATE JUDGE

alex288.ord