UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DARRION LARRY ALEXANDER,

       Plaintiff,                No. CIV S-03-0288 RRB GGH P

  vs.

EDWARD S. ALAMEIDA, JR., et al.,

       Defendant.           **FURTHER ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

       Darrion Larry Alexander, inmate # P-05296, a necessary and material witness in proceedings in this case on May 27, 2008, is confined in the California Correctional Institution (CCI), 24900 Highway 202, P.O. Box 1031, Tehachapi, CA 93581, in the custody of the Warden William Sullivan; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Judge Ralph R. Beistline, on the 13th Floor, Courtroom No. 9, United States Courthouse, 501 I Street, Sacramento, CA on May 27, 2008, at 8:30 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, CA 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden William Sullivan:  California Correctional Institution (CCI), 24900 Highway 202, P.O. Box 1031, Tehachapi, CA 93581**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 04/04/08

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

/alex0288.841(3)